**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | Chapter 13 |
| | ) | |
| DEBTOR, | ) | Bankruptcy #  16-20071-CMB |
| | ) | |
| | ) | Related to Document No. 51 and 52 |
| _____ | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **County of Allegheny,** | ) | |
| | ) | |
| RESPONDENT. | ) | |

**CERTIFICATE OF SERVICE OF 7/24/2020 NOTICE AND MOTION TO AVOID JUDGMENT LIEN PURSUANT TO 11 U.S.C. 522(f)(1)(A) OF ALLEGHENY COUNTY LIEN DTD-01-017689**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below on **7/24/2020 for email and 7/25/2020 for US Mail**.  The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was as specified below. If more than one method of service was employed, this certificate of service groups the parties by the type of service.

| **Via Regular US Mail** | **Via CM/ECF email noticing** | **Via E-Mail** |
|---|---|---|
| County of Allegheny<br>John K. Weinstein,<br>County Treasurer<br>Room 108 Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219-2497 | Ronda Winnecour, Chapter 13 Trustee<br>Suite 3250, USX Tower<br>Pittsburgh, PA 15219<br><br>Office of the U.S. Trustee<br>1001 Liberty Ave<br>Suite 970, Liberty Center<br>Pittsburgh, PA 15222 | Lonzo Boyce, Sr.<br>lonzoboyce@yahoo.com |

|  |  |  |
|---|---|---|
|  |  |  |

**EXECUTED ON:  July 25, 2020**    /s/ Brian Walters
Brian Walters
Attorney for the Debtors
PA I.D. No. 79803
Delta Law GRP, LLC
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Phone:  412-349-0938, Fax: 412-945-5119
E-Mail: bdw@deltalawgrp.com