**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | **Chapter 13** |
| | ) | |
| **DEBTOR,** | ) | **Bankruptcy #  16-20071-CMB** |
| | ) | |
| | ) | **Related to Document No. 45** |
| _____ | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | |
| | ) | |
| **MOVANT,** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **County of Allegheny,** | ) | |
| | ) | |
| **RESPONDENT.** | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF DEBTOR LONZO BOYCE, SR. TO AVOID JUDGMENT**
**LIEN OF ALLEGHENY COUNTY DTD-98-847852 PURSUANT TO 11 U.S.C.**
**522(f)(1)(A)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 14, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **September 9, 2020, at 11:30 a.m**. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the

calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service:  **July 27, 2020**

Respectfully submitted,

  /s/ Brian Walters
Brian Walters
Attorney for the Debtor
PA I.D. No. 79803
Delta Law GRP, LLC
301 Grant Street
Suite 4300, Oxford Centre
Pittsburgh, PA 15219
Phone:  412-349-0938
Fax: 412-945-5119
E-Mail: bdw@deltalawgrp.com