**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | Chapter 13 |
| | ) | |
| DEBTOR, | ) | Bankruptcy #  16-20071-CMB |
| | ) | |
| | ) | Related to Document No. 43 and 62 |
| _____ | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **City of Pittsburgh School** | ) | |
| **District and City of Pittsburgh,** | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**CERTIFICATE OF SERVICE OF 7/27/2020 NOTICE OF HEARING AND MOTION TO AVOID JUDGMENT LIEN PURSUANT TO 11 U.S.C. 522(f)(1)(A) BY CITY OF PITTSBURGH SCHOOL DISTRICT AND CITY OF PITTSBURGH**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below on **7/27/2020**.  The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was as specified below. If more than one method of service was employed, this certificate of service groups the parties by the type of service.

| **Via Regular US Mail** | **Via CM/ECF email noticing** | **Via E-Mail** |
|---|---|---|
| City of Pittsburgh School District c/o Jordan Tax Service, Inc. 102 Rahway Road McMurray, PA 15317<br><br>City of Pittsburgh c/o Jordan Tax Service, Inc. 102 Rahway Road McMurray, PA 15317 | Ronda Winnecour, Chapter 13 Trustee Suite 3250, USX Tower Pittsburgh, PA 15219<br><br>Office of the U.S. Trustee 1001 Liberty Ave Suite 970, Liberty Center Pittsburgh, PA 15222 | Lonzo Boyce, Sr. lonzoboyce@yahoo.com |

|  |  |  |
|---|---|---|
|  |  |  |

**EXECUTED ON: July 27, 2020**   /s/ Brian Walters
Brian Walters
Attorney for the Debtors
PA I.D. No. 79803
Delta Law GRP, LLC
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Phone:  412-349-0938, Fax: 412-945-5119
E-Mail: bdw@deltalawgrp.com