**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Lonzo Boyce, Sr.** | ) | **Chapter 13** |
| | ) | |
| **DEBTOR,** | ) | **Bankruptcy #  16-20071-CMB** |
| | ) | |
| | ) | **Related to Document No. 45 and 63** |
| _____ | ) | |
| | ) | **Hearing Date and Time: 9/9/2020 at** |
| **Lonzo Boyce, Sr.** | ) | **11:30 am** |
| | ) | |
| **MOVANT,** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **County of Allegheny,** | ) | |
| | ) | |
| **RESPONDENT.** | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S MOTION TO AVOID JUDGMENT LIEN PURSUANT TO 11 U.S.C.**
**522(f)(1)(A) FILED AT DOCUMENT # 45**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **DEBTOR'S MOTION TO AVOID JUDGMENT LIEN PURSUANT TO 11 U.S.C. 522(f)(1)(A) AT DOCUMENT # 45** filed on **7/24/2020** and **REVISED NOTICE OF HEARING AT DOCUMENT # 63** and filed on **7/27/2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **8/14/2020**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**EXECUTED ON:  August 25, 2020**      \_\_/s/ Brian Walters_____
Brian Walters
Attorney for the Debtors
PA I.D. No. 79803
Delta Law GRP, LLC
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Phone:  412-349-0938, Fax: 412-945-5119
E-Mail: bdw@deltalawgrp.com