IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lonzo Boyce, Sr. | ) | Chapter 13 |
| | ) | |
| DEBTOR, | ) | Bankruptcy #  16-20071-CMB |
| | ) | |
| | ) | Related to: Document No. 45 |
| _____ | ) | |
| | ) | |
| Lonzo Boyce, Sr. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| County of Allegheny, | ) | |
| | ) | |
| RESPONDENT. | ) | |

## ORDER APPROVING MOTION TO AVOID ALLEGHENY COUNTY LIEN DTD-98-847852

**AND NOW**, to-wit, this __26th__ day of __August__, 2020, upon consideration of the foregoing Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. §522(f)(1)(A), and proper Notice having been given, and the Court finding that the relief requested therein should be **GRANTED**; it hereby:

**IT IS ORDERED**, that the judgment lien held by County of Allegheny for $93.08 entered at DTD-98-847852 in the Allegheny County, Court of Common Pleas on 7/1/1997, against the above Debtor, is deemed **AVOIDED** and **UNENFORCEABLE**.

FILED
8/26/20 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lonzo Boyce, Sr.  
    Debtor

Case No. 16-20071-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Aug 26, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db             +Lonzo Boyce, Sr.,     2037 McNary Boulevard,     Pittsburgh, PA 15221-1226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
         Brian D. Walters    on behalf of Debtor Lonzo  Boyce, Sr. bdw@deltalawgrp.com, alw@deltalawgrp.com  
         Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net  
         Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Leon P. Haller    on behalf of Creditor    U.S. Bank National Association as Trustee for The  
          Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                   TOTAL: 8