IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Lonzo Boyce, Sr. | ) Chapter 13 |
| | ) |
| DEBTOR, | ) Bankruptcy # 16-20071-CMB |
| | ) |
| _____ | ) Related to: Document NO. 49 |
| | ) |
| Lonzo Boyce, Sr. | ) **ENTERED BY DEFAULT** |
| | ) |
| MOVANT, | ) |
| | ) |
| _____ | ) |
| | ) |
| County of Allegheny, | ) |
| | ) |
| RESPONDENT. | ) |

**ORDER APPROVING MOTION TO AVOID ALLEGHENY COUNTY LIEN
DTD-00-014691**

**AND NOW**, to-wit, this 26th day of August, 2020, upon consideration of the foregoing Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. §522(f)(1)(A), and proper Notice having been given, and the Court finding that the relief requested therein should be **GRANTED**; it hereby:

**IT IS ORDERED**, that the judgment lien held by County of Allegheny for $40.32 entered at DTD-00-014691 in the Allegheny County, Court of Common Pleas on 6/16/2000, against the above Debtor, is deemed **AVOIDED** and **UNENFORCEABLE**.

FILED
8/26/20 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                              Case No. 16-20071-CMB
Lonzo Boyce, Sr.                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Lonzo Boyce, Sr.,    2037 McNary Boulevard,    Pittsburgh, PA 15221-1226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Brian D. Walters    on behalf of Debtor Lonzo  Boyce, Sr. bdw@deltalawgrp.com,  alw@deltalawgrp.com
              Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Leon P. Haller    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8